UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60111-SMITH

UNITED STATES OF AMERICA

v.

JOHANAH NAPOLEON,

       Defendant.

## NOTICE OF SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the satisfaction of the forfeiture money judgment entered against Johanah Napoleon (the "Defendant") in in the above-captioned case.  In support the United States submits the following.

On December 20, 2022, the Court entered a Preliminary Order of Forfeiture, ECF No. 22, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $250,000.00.

On July 17, 2023, the Defendant made a $250,000.00 payment towards her forfeiture money judgment.  The United States hereby provides notice that the $250,000.00 has been applied in full satisfaction of the Defendant's forfeiture money judgment.

        Respectfully submitted,
        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
       Nicole Grosnoff
       Assistant United States Attorney
       Court ID No. A5502029
       nicole.s.grosnoff@usdoj.gov
       U.S. Attorney's Office
       99 Northeast Fourth Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9294